```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
            CASE NO. 07-14047-CR-GRAHAM(s)
```

UNITED STATES OF AMERICA

       Plaintiff,

vs.

JUAN ALEJANDRO VELEZ-NIEVES
a/k/a ORLANDO GOMEZ,

       Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 5, 2007. A Report and Recommendation filed on September 14, 2007 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Counts One and Three of the Superseding Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of December, 2007.

                                     _____
                                     DONALD L. GRAHAM
                                     UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Frank J. Lynch
        Diana Acosta, AUSA
        Peter Birch, AFPD